January 13, 2013

From: United States Bankruptcy Court, District of Utah

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Chester Szymczak, Case Number 12-35925, WTT

**TO THE DEBTOR:**

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2013 JAN 25  A 11: 23

DISTRICT OF UTAH
MAIL

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** Connie Kalmar
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**

---

**UNDELIVERABLE ADDRESS:** Revenue Cycle Solutions, 3 Westbrook corporate, Ctr# 200, Westchester, Il 60154
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:**

*Only address found is one above 3 Westbrook Corp Ctr Suite 200 Westchester, Il. 60154*

_____ Rebecca S. Szymczak    1-17-13
Signature of Debtor or Debtor's Attorney         Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

017651                              51204017668037                              1